**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JUDITH DESINOR,

       Plaintiff,

   vs.

LEONARD ODDO *et al.*,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:26-cv-38

District Judge Stephanie L. Haines
Magistrate Judge Peter E. Ormsby

## REPORT AND RECOMMENDATION

Petitioner Judith Desinor, assisted by counsel, commenced this matter by Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging her immigration detention. ECF No. 1. Now, again through counsel, Petitioner has filed a Notice of Voluntary Dismissal of the Petition pursuant to Fed. R. Civ. P. 41(a)(1)(ii), signed by counsel for both parties. Pursuant to that Notice, it is respectfully recommended that this matter be dismissed.

## Notice to the Parties

Pursuant to the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Civil Rules, the parties may, within fourteen (14) days, file objections to this Report and Recommendation. Failure to do so will waive the right to appeal. *Brightwell v. Lehman*, 637 F.3d 187, 193 n.7 (3d Cir. 2011).

Signed on July 8, 2026.

_____
Peter E. Ormsby
United States Magistrate Judge