## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUDITH DESINOR,                                )
                                               )
                        Petitioner,            )
                                               )
            vs.                                )    Civil Action No. 3:26-cv-038
                                               )    Judge Stephanie L. Haines
LEONARD ODDO *et al.*,                         )    Magistrate Judge Peter E. Ormsby
                                               )
                        Respondents.           )
                                               )

## <u>MEMORANDUM ORDER</u>

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Judith Desinor ("Petitioner") (ECF No. 1). Petitioner is detained at Moshannon Valley Detention Center and claimed that her detention was unconstitutionally prolonged. She now seeks voluntary dismissal of her case through a Motion to Dismiss (ECF No. 21). This matter was referred to Magistrate Judge Peter E. Ormsby for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On July 8, 2026, Magistrate Judge Ormsby filed a Report and Recommendation (ECF No. 22) recommending that the Motion (ECF No. 21) be granted and the Petition (ECF No. 1) be dismissed. The Parties were advised they could file objections to the Report and Recommendation within 14 days. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. On July 10, 2026, the Parties filed a joint notice that stated there were no objections and they requested the adoption of Judge Ormsby's Report and Recommendation (ECF No. 23).

Upon review of the record and the Report and Recommendation (ECF No. 22) pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Ormsby in this matter.

1

Accordingly, the following order is entered:

**<u>ORDER</u>**

AND NOW, this 13th day of July, 2026, IT IS ORDERED that the Motion to Dismiss (ECF No. 21) hereby is GRANTED; and

IT IS FURTHER ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) hereby is DISMISSED; and,

IT IS FURTHER ORDERED that Magistrate Judge Ormsby's Report and Recommendation (ECF No. 22) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERD that the notice of NO OBJECTION (ECF No. 23) is sustained; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge

2